UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

RECEIVED

JUN 0 4 2026

CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

Jane Doe,

        Plaintiff,

v.

Unifi Aviation, LLC,

        Defendant.

Court File No: 26-cv-2655

**MOTION TO PROCEED
UNDER PSEUDONYM**

Plaintiff respectfully moves this Court for an Order permitting Plaintiff to proceed in this action under the pseudonym "Jane Doe."

Federal courts apply a balancing test that weighs a party's privacy interests against the public interest in disclosure. Federal courts have recognized that cases involving allegations of sexual assault or other highly personal matters may justify allowing a litigant to proceed under a pseudonym.

Requiring Plaintiff to litigate under her legal name would create a substantial risk of workplace exposure, harm to future employment opportunities, retaliation, and re-traumatization arising from the public disclosure of highly sensitive allegations. Moreover, Defendant already knows Plaintiff's true identity and therefore would suffer little or no prejudice if Plaintiff is permitted to proceed under the pseudonym "Jane Doe."

For the foregoing reasons, Plaintiff respectfully requests that the Court enter an Order permitting Plaintiff to proceed under the pseudonym "Jane Doe."

SCANNED
LT
JUN 0 4 2026
U.S. DISTRICT COURT MPLS

Dated: June 3, 2026

Respectfully submitted,

Jane Doe (Pseudonym)
Plaintiff, pro se

P.O. Box 3904
Saint Paul, MN 55101
(651) 691-7370
17370@proton.me